IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVELOPMENTAL DISABILITY CENTER OF NEBRASKA, RAVI LLC, and DDC OF NEBRASKA, <br><br><br> Plaintiffs, <br><br> vs. <br><br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY,  SUMMIT SPECIALTY INSURANCE,  GUIDEONE NATIONAL INSURANCE,  GUIDEONE AMERICA INSURANCE COMPANY, GUIDEONE SPECIALTY INSURANCE, GUIDEONE INSURANCE,  AMERICAN CLAIMS MANAGEMENT, and CROSSCOVER INSURANCE SERVICES, <br><br><br> Defendants. | **8:25CV413** <br><br><br> **ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on June 20, 2025. (Filing No. 1). In response, Defendants filed a motion to dismiss, which was denied on February 12, 2026. (Filing No. 47). The court thereafter issued a scheduling order and set a deadline of March 13, 2026 to file a Joint Rule 26(f) Report. (Filing No. 48).

No Rule 26(f) Report was filed by the deadline. On March 16, 2026 and March 23, 2026, the court reached out to all counsel via email for a status update as to the filing of the report. To date, the undersigned has received no response to those inquiries and no report has been filed.

Accordingly,

IT IS ORDERED that on or before March 27, 2026, the parties shall file the Joint Rule 26(f) Report or otherwise show cause why the report cannot be filed as directed, or the case may be dismissed without further notice.

Dated this 24th day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge